IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARY WALKER** | * | |
| Plaintiff | * | |
| vs. | * | Civil No.: WMN-97-3662 |
| **MCGHAN MEDICAL CORPORATION** | * | |
| **MINNESOTA MINING & MANUFACTURING CO. a/k/a 3M** | * | |
| | * | |
| Defendants | | |

*******

## ORDER

The court file reflecting that no paper has been filed for more than nine months, it is, this 20th day of July, 2000,

ORDERED that the parties show good cause within 14 days of the date of this Order why the case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

_____
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 1/2000)