IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARY WALKER | * | |
| Plaintiff | * | |
| v. | * | Civil No.: WMN-97-3662 |
| MCGHAN MEDICAL CORPORATION | * | |
| MINNESOTA MINING & MANUFACTURING CO. a/k/a 3M | * | |
| | * | |
| Defendants | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF SUBSTITUTION OF COUNSEL

DEAR CLERK:

Please be advised that Jodi Hammerman, Esquire is no longer with the firm of Ashcraft & Gerel, LLP. As such, please substitute William F. Mulroney as counsel for the Plaintiff, Mary Walker, in the above-captioned matter.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

William F. Mulroney
10 E. Baltimore Street, Suite 1212
Baltimore, Maryland 21202
(410) 539-1122
Attorney for the Plaintiff

"Approved" THIS 2d DAY OF August, 2000
_____
UNITED STATES DISTRICT JUDGE



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1ST day of AUGUST, 2000, a copy of the foregoing Notice of Substitution of Counsel was mailed first class mail, postage prepaid to:

Terri SteinhausReiskin, Esquire
Hogan & Hartson
555 13th Street N.W.
Washington, DC 20004

_____
William F. Mulroney

# ASHCRAFT & GEREL, LLP
### ATTORNEYS AND COUNSELLORS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202
(410) 539-1122
FAX (410) 547-1261

**DISTRICT OF COLUMBIA**
JAMES A. MANNINO*
MARK L. SCHAFFER*
WAYNE M. MANSULLA
ALLEN J. LOWE
MICHAEL H. FELDMAN
JAMES M. HANNY
MICHAEL V. KOWALSKI
H. VINCENT McKNIGHT
MICHELLE A. PARFITT
GEORGE E. SWEGMAN
PETER J. VANGSNES
MICHAEL W. HEAVIS DE
CHRISTOPHER V. TISI
SIDNEY SCHUPAK
ANGELA CICCOLO
MARTIN TRPIS
MICHAEL E. GALLANT
REBEKAH R. ARCH
SOTIRIOS B. YANAKAKIS
JERRY D. SPITZ
KERI A. JONES

LEE C. ASHCRAFT
908-1993

ROCKVILLE, MD. 20852
SUITE 002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
(301) 770-3737

BOSTON, MASS. 02109
SUITE 600
440 COMMERCIAL STREET
(617) 723-8544

WASHINGTON, D.C. 20036
SUITE 400
2000 L STREET, N.W.
(202) 783-6400

HUGO & POLLACK
CORRESPONDENT FIRM
BOSTON, MASS

LANDOVER, MD. 20785
SUITE 301
4301 GARDEN CITY DRIVE
(301) 459-8400

ALEXANDRIA, VA. 22311
SUITE 650
4900 SEMINARY ROAD
(703) 931-5500

**MARYLAND**
MARTIN E. GEREL*
ROBERT G. SAMET
DAVID M. LaCIVITA
WILLIAM F. MULRONEY
ROBERT P. ENDERLE
ROBERT A. FLACK
JONATHAN S. BEISER
DENISE J. GOTTRON
DAVID M. LAYTON
ALFREDO J. ANTEZANA
ANDREW G. DE LA PAZ
AMANDA M. FALLON
ANDREW B. CALABRESE
PATRICK M. WYSONG

**VIRGINIA**
LAWRENCE J. PASCAL
J. HUNT BRASFIELD
JAMES F. GREEN
CRAIG A. BROWN

OF COUNSEL
LEONARD J. RALSTON, JR.*

August 1, 2000

United States District Court
for the District of Maryland
Clerk's Office
101 W. Lombard Street
Baltimore, Maryland 21201

AUG 2 – 2000

RE:   Mary Walker v. McGhan Medical Corporation
       Case No.: Civil WMN 97-3662

Dear Madam/Sir:

Please find enclosed a Notice of Substitution of Counsel and Response to Show Cause Order to be filed in the above-captioned matter.

Thank you.

Very truly yours,

William F. Mulroney