IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -7 P 3: 30

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| MARY WALKER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>McGHAN MEDICAL CORPORATION, )<br>et al. )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION NO. WMN-97-3662 |

### AGREED ORDER OF VOLUNTARY DISMISSAL

The plaintiff, Mary Walker, by her undersigned counsel, and with the agreement of counsel for defendant 3M, hereby respectfully requests this Court to allow a voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a), as this action has been settled.

It appearing to the Court that such an order should be entered, it is hereby,

ORDERED, this 7th day of September, 2000, that this case shall be dismissed in its entirety, with prejudice, with each party to bear its own costs.

_____
United States District Judge

8

Ashcraft & Gerel, L.L.P.
l0 East Baltimore Street
Suite 1212
Baltimore, MD 21202
(410) 539-1122

BY: *William F. Mulroney/DMK*
William F. Mulroney, #04917
Counsel for Plaintiff

HOGAN & HARTSON, L.L.P.
555 13TH Street, N.W.
Washington, DC 20004
(202) 637-5600

BY: *[signature]*
Terri Steinhaus Reiskin, #05256
Counsel for Defendant Minnesota mining &
Manufacturing company

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Agreed Order of Voluntary Dismissal has been served by U.S. mail, postage prepaid, upon counsel listed below this 6th day of September, 2000.

William Mulroney, Esq.
Ashcraft & Gerel
10 East Baltimore Street, Suite 1212
Baltimore, MD 21202
Plaintiff's Counsel

*[signature]*
Terri Steinhaus Reiskin

g:\map\breastim\briefs\walkermary\dismissal